**Michael Ray JOHNSON, Petitioner-Appellant,**

v.

**Eric D. WILSON, Respondent-Appellee.**

No. 16-6240

United States Court of Appeals, Fourth Circuit.

Submitted: June 28, 2017

Decided: July 19, 2017

Michael Ray Johnson, Appellant Pro Se. Kimberly G. Ang, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Ray Johnson, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Johnson v. Wilson*, No. 1:15-cv-01273-LMB-IDD, 2016 WL 521512 (E.D. Va. Feb. 5, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*